GRAY B. SULLIVAN v. BARNWELL BROTHERS, INCORPORATED.

(Filed 11 July, 1934.)

IN THIS cause a motion was duly made in the Supreme Court for a new trial for newly discovered evidence.

Upon a careful examination of the record supporting said motion, the Court is of the opinion that a new trial should be granted in this cause, and it is so ordered.

BROGDEN, J., *for the Court.*